IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**NEIL E. RIVERS,**
    **Plaintiff,**

vs.                                              **CASE NO.: 3:05cv236/RV/MD**

**ESCAMBIA COUNTY JAIL,**
    **Defendant.**

___

# O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 31, 2005. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    This cause is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and the clerk is directed to close the file.

    DONE AND ORDERED this 29th day of November, 2005.


                                                    **/s/** _Roger Vinson_
                                                    **ROGER VINSON**
                                                    **SENIOR UNITED STATES DISTRICT JUDGE**